UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALICE COTTI and VLADIMIR SERDYUKOV,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILL LIGHTBOURNE, et al.,<br><br>    Defendants. | Case No. 18-cv-02980-BLF<br><br>**ORDER CONSTRUING PLAINTIFFS' SECOND AMENDED COMPLAINT AS A MOTION FOR LEAVE TO AMEND; GRANTING THE MOTION FOR LEAVE TO AMEND AND ACCEPTING THE SECOND AMENDED COMPLAINT AS THE OPERATIVE PLEADING; AND DIRECTING CLERK TO TERMINATE MINORS R.S. AND T.S. AS PARTIES**<br><br>[Re: ECF 34] |

Plaintiffs Alice Cotti and Vladimir Serdyukov, who are proceeding *pro se* and with permission to use the Court's electronic case filing system, e-filed a "Second Amended Complaint" on August 16, 2018. *See* ECF 34. They described the document in the docket entry as a "First MOTION to Amend/Correct." *See* Docket Entry for ECF 34. The Court construes this filing as a motion for leave to amend, and GRANTS the motion, accepting the Second Amended Complaint docketed at ECF 34 as the operative pleading in this case. Plaintiffs are advised that any further amendment to their pleading will require a prior order from the Court expressly allowing such amendment.

The Court notes that Plaintiffs' minor children, R.S. and T.S., who were named as parties in the original complaint, no longer are named as parties in the Second Amended Complaint. *See* Second Amended Complaint ¶¶ 11-14, ECF 34. The Clerk shall terminate R.S. and T.S. as parties.

IT IS SO ORDERED.

Dated: August 16, 2018

                                                        BETH LABSON FREEMAN
                                                        United States District Judge