# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ALICE COTTI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WILL LIGHTBOURNE, et al.,<br><br>    Defendants. | Case No. 18-cv-02980-BLF<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE** |

On December 19, 2018, the Court granted Defendants' motions to dismiss the second amended complaint with leave to amend. *See* ECF 93. The Court set a deadline of January 11, 2019 for Plaintiffs to file a third amended complaint. *See id.*

On January 11, 2019, Plaintiffs filed an Ex Parte Application to extend the deadline to file a third amended complaint. *See* ECF 95. In the application, Plaintiffs' counsel represented that she had suffered illness which prevented her from meeting the January 11, 2019 deadline. *See id.* The Court granted an extension of the deadline for amendment until February 4, 2019. *See* ECF 96.

Plaintiffs have neither filed a third amended complaint nor requested a further extension of time to do so. On February 11, 2019, Defendant Peace Officers Standards & Training Commission ("POST") filed a document titled Opposition to Plaintiff's Ex Parte Application for Order Extending Time to File Pleadings. *See* ECF 98. POST's filing appears to be a response to an application by Plaintiffs seeking a further extension of time. *See id.* However, as noted above, Plaintiff has not filed any such application with the Court.

Plaintiffs are ORDERED TO SHOW CAUSE, in writing and on or before February 20, 2019, why this action should not be dismissed for failure to comply with the Court's order requiring amendment on or before February 4, 2019 and for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 13, 2019

_____
BETH LABSON FREEMAN
United States District Judge