MICHELLE BRENOT SBN: 186911
**LAW OFFICES OF MICHELLE BRENOT**
1790 S. Winchester Blvd., Suite 6
Campbell, California 95008
Tel: (408) 245-6094
Fax: (408) 866-9052
michelle@rjtennant.com

Attorney for VLADIMIR SERDYUKOV
and ALICE COTTI

# UNITED STATES DISTRICT COURT
# NORTHER DISCTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE COTTI, et al. | Case No.: 5:18-CV-02980-BLF |
| Plaintiffs, | **ORDER ON EX PARTE APPLICATION TO EXTEND TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE ISSUED SEPTEMBER 4, 2019** proposed |
| v. | |
| CALIFORNIA DEPARTMENT OF SOCIAL SERVICES DIRECTOR, WILL LIGHTBOURNE, et al. | |
| Defendants. | |

Having considered Plaintiff's ex parte application for an extension of time to file a Response to the Order to Show Cause issued by the Court on September 4, 2019 and finding good cause therefore,

It is HEREBY ORDERED that Plaintiffs have to and including Monday October 7, 2019 to file the response to the Court's Order to Show Cause.

Dated: 6/p/27,2019

_____
Hon. Beth L. Freeman
United States District Court Judge

Order